## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  14-cv-02292-PAB-MJW          FTR - Courtroom A-502

**Date:**   January 27, 2015                                    Courtroom Deputy, Ellen E. Miller

             *Parties*                                                               *Counsel*

STANLEY M. POHL and                                      Joseph J. Novak
ZINAIDA Q. POHL,

         Plaintiff(s),

v.

US BANK N.A. individually in its corporate capacity,     Ian T. Hicks
US BANK as trustee of the Merrill Lynch First            Patrick A. Wheeler
Franklin, MORTGAGE LOAN TRUST ASSET-
BACKED CERTIFICATES, Series 2007-4
("TRUST"),
DEBRA JOHNSON, Public Trustee of Denver
County,   and
DOES 1-20;

         Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:00 a.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding pending motions.

**It is ORDERED:**          Plaintiffs' MOTION TO VOLUNTARILY DISMISS CERTAIN
                            DEFENDANTS WITHOUT PREJUDICE AND FOR LEAVE TO FILE
                            PLAINTIFFS' FIRST AMENDED COMPLAINT [Docket No. **47**, filed
                            January 16, 2015] is **GRANTED** for reasons as set forth on the record.
**The following defendants are therefore dismissed and shall be removed from the caption in all future filings:**
                   LAWRENCE E. CASTLE, in his corporate capacity;
                   LAWRENCE E. CASTLE, in his individual capacity;
                   CASTLE LAW GROUP, LLC (formally Castle Stawiarski LLC);
                   CAREN JACOBS CASTLE, Attorney for MERS, partner in the CASTLE
                   LAW GROUP LLC and Wife to defendant LAWRENCE E. CASTLE in her
                   corporate and individual capacity;
                   ROBERT J. HOPP, in his corporate capacity;

                      ROBERT J. HOPP, in his individual capacity;
                      SHERIFF ELIAS DIGGINS, County of Denver

**IT IS ORDERED:**    DEFENDANT ROBERT J. HOPP'S MOTION TO DISMISS PURSUANT TO FED. R.12(b)(1) AND FED. R.12(b)(6) [Docket No. **31**, filed September 12, 2014] is **DENIED AS MOOT.**

**It is ORDERED:**    DEFENDANTS LAWRENCE E. CASTLE, CAREN JACOBS CASTLE AND THE CASTLE LAW GROUP,LLC's MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6) [Docket No. **38**, filed September 30, 2014] is **DENIED AS MOOT.**

**It is ORDERED:**    Plaintiffs are granted leave to file a FIRST AMENDED COMPLAINT. First Amended Complaint shall be filed by **5:00 p.m.  January 28, 2015.**

Defense counsel makes an Oral Motion to Withdraw the pending Motion to Dismiss.  With no objections,

**It is ORDERED:**    Defendants ORAL MOTIONS TO WITHDRAW MOTIONS TO DISMISS are **GRANTED** for reasons as set forth on the record, with leave to file Motions to Dismiss following the filing of the First Amended Complaint.

**It is ORDERED:**    U.S. BANK, N.A., U.S. BANK, N.A., AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST ASSET-BACK CERTIFICATES SERIES 2007-4; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S,   MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) [Docket No. **37,** filed September 30, 2014] is **WITHDRAWN.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:   **MARCH 24, 2015**

Discovery Cut-off:   **AUGUST 25, 2015**

Dispositive Motions Deadline:   **SEPTEMBER 08, 2015**

Each party/party group  shall be limited to two (2)  expert witnesses, without further leave of Court.
Parties shall designate experts **on or before    MAY 26, 2015**
Parties shall designate rebuttal experts   **on or before JULY 07, 2015**
The disclosure of experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **JULY 22, 2015.**

Each party/party group shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed **no later than AUGUST 25, 2015**.

**FINAL PRETRIAL CONFERENCE** set for     **NOVEMBER 16, 2015 at 9:30 a.m.**  (Mountain Time)  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed **on or before NOVEMBER 09, 2015**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a four (4) day trial to a jury.
The Honorable Philip A. Brimmer will set a Trial Preparation Conference and Trial at a future date.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations   **JANUARY 27, 2015**

Hearing concluded.

**Court in recess:**    9:27 a.m.
Total in-court time: 00:27

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.