IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02292-PAB-MJW

STANLEY M. POHL and
ZINAIDA Q. POHL,

Plaintiff(s),

v.

US BANK N.A. individually in its corporate capacity;
US BANK, as trustee for Merrill Lynch First Franklin Mortgage Loan Trust Back Certificates Series 2007-4;
MERS, a division of MERSCORP INC.,
DEBRA JOHNSON, Public Trustee of Denver County; and
all unknown persons who claim any interest in the subject matter of this action.

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that U.S. Bank N.A., U.S. Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust Asset-Back Certificates Series 2007-4, and Mortgage Electronic Registrations Systems, Inc.'s Unopposed Motion for Withdrawal of Motion to Dismiss Without Prejudice (Docket No. 78) is granted, and thus Docket No. 62 is withdrawn without prejudice.

Date: May 7, 2015