IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02292-PAB-MJW

STANLEY M. POHL and
ZINAIDA Q. POHL,

Plaintiff(s),

v.

US BANK N.A. individually in its corporate capacity;
US BANK, as trustee for Merrill Lynch First Franklin Mortgage Loan Trust Back Certificates Series 2007-4;
MERS, a division of MERSCORP INC.,
DEBRA JOHNSON, Public Trustee of Denver County; and
all unknown persons who claim any interest in the subject matter of this action.

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiffs' Motion for Extension of Time to File Reply in Support of Motion for Partial Summary Judgment (Docket No. 110) is granted, and plaintiffs shall thus have up to and including August 21, 2015, to file a reply in support of their motion for partial summary judgment (Docket No. 90).

      It is further ORDERED that Plaintiffs' Motion to Modify the Scheduling Order (Docket No. 111) is granted.  Accordingly, the Scheduling Order (Docket No. 51) is amended so as to extend the discovery deadline up to and including October 26, 2015, and the dispositive motion deadline up to and including November 9, 2015.

Date: August 18, 2015