IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02292-PAB-MJW

STANLEY M. POHL and
ZINAIDA Q. POHL,

Plaintiff(s),

v.

US BANK N.A. individually in its corporate capacity;
US BANK, as trustee for Merrill Lynch First Franklin Mortgage Loan Trust Back Certificates Series 2007-4;
MERS, a division of MERSCORP INC.,
DEBRA JOHNSON, Public Trustee of Denver County; and
all unknown persons who claim any interest in the subject matter of this action.

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant U.S. Bank N.A.'s Unopposed Motion to Amend Scheduling Order (Docket No. 128) is GRANTED for good cause shown;

- The Scheduling Order (Docket No. 51) is amended so as to extend the discovery deadline up to and including December 24, 2015 <u>for the limited purpose</u> of deposing Plaintiffs, and the dispositive motion deadline up to and including January 8, 2016; and

- All other discovery shall be completed by the current discovery cut-off of October 26, 2015.

Date: October 14, 2015