IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02292-PAB-MJW

STANLEY M. POHL and
ZINAIDA Q. POHL,

Plaintiff(s),

v.

US BANK N.A. individually in its corporate capacity;
US BANK, as trustee for Merrill Lynch First Franklin Mortgage Loan Trust Back Certificates Series 2007-4;
MERS, a division of MERSCORP INC.,
DEBRA JOHNSON, Public Trustee of Denver County; and
all unknown persons who claim any interest in the subject matter of this action.

Defendant(s).

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (Docket No. 134) is granted. The Scheduling Order (Docket No. 51) is thus amended such that the discovery deadline is extended up to and including March 23, 2016, for the limited purpose of deposing plaintiffs, and the dispositive motion deadline is extended up to and including April 7, 2016.

Date: December 7, 2015