IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-02292-PAB-MJW

STANLEY M. POHL and
ZINAIDA Q. POHL,

      Plaintiffs,

v.

US BANK N.A., individually and in its corporate capacity,
US BANK as trustee for Merrill Lynch First Franklin Mortgage Loan Trust Back Certificates Series 2007-4,
MERS, a division of MERSCORP Inc.,
DEBRA JOHNSON, Public Trustee of Denver County, and
all unknown persons who claim any interest in the subject matter of this action,

      Defendants.
_____

**ORDER**
_____

This matter comes before the Court on the Stipulation of Dismissal [Docket No. 122] filed by plaintiffs Stanley M. Pohl and Zinaida Q. Pohl and defendants U.S. Bank, N.A., individually, US. Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust Back Certificates Series 2007-4, MERS, and Debra Johnson, and Intervenor Cynthia H. Coffman, which the Court construes as a motion for an order pursuant to Fed. R. Civ. P. 41(a)(2). The stipulation requests the entry of an order dismissing all of plaintiffs' claims against defendants U.S. Bank, N.A. (individually and in its corporate capacity) and MERS without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Court has reviewed the stipulation and is otherwise satisfied that the dismissal of these defendants is proper. It is

**ORDERED** that all of plaintiffs' claims against defendants U.S. Bank, N.A. (individually and in its corporate capacity) and MERS are dismissed without prejudice.

DATED February 4, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge