IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-02292-PAB-MJW

STANLEY M. POHL and
ZINAIDA Q. POHL,

      Plaintiffs,

v.

US BANK, as trustee for Merrill Lynch First Franklin Mortgage Loan Trust Back Certificates Series 2007-4, and
DEBRA JOHNSON, Public Trustee of Denver County; and
all unknown persons who claim any interest in the subject matter of this action,

      Defendants.

_____

# ORDER
_____

This matter is before the Court on United States Magistrate Judge Michael J. Watanabe's Report and Recommendation on Plaintiffs' Motion for Partial Summary Judgment (Docket No. 90) and Defendant U.S. Bank's Cross-Motion for Summary Judgment (Docket No. 108) [Docket No. 147] (the "Recommendation"). In the Recommendation, the magistrate judge cited *Eastman v. Union Pac. R. R. Co.,* 493 F.3d 1151, 1159 (10th Cir. 2007), in considering whether plaintiffs have standing to pursue certain claims that they did not disclose to the bankruptcy court when they filed a petition under Chapter 7. *See* Docket No. 147 at 5, 7. In *Eastman*, the Tenth Circuit held that a district court properly applied judicial estoppel to bar plaintiff from pursuing claims that he did not disclose to the bankruptcy court. *Eastman*, 493 F.3d at 1153, 1158. Although the magistrate judge cited *Eastman*, it does not appear that the issue

of judicial estoppel has been briefed by the parties.  Accordingly, it is

**ORDERED** that, on or before March 15, 2016, plaintiffs and defendants shall each submit supplemental briefs addressing whether plaintiffs should be judicially estopped from asserting any claims as a result of their failure to disclose those claims to the United States Bankruptcy Court for the District of Colorado.  The supplemental briefs shall not exceed five (5) pages in length and no response shall be permitted.

DATED March 8, 2016.

BY THE COURT:

 s/Philip A. Brimmer  
PHILIP A. BRIMMER  
United States District Judge